IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ILYAS S. ABDUL-MUNIN,

    Petitioner,                    CASE NO. 2:09-cv-675
                                   JUDGE SMITH
v.                               MAGISTRATE JUDGE KEMP

WARDEN, LEBANON CORRECTIONAL
INSTITUTION,

    Respondent.

## OPINION AND ORDER

On April 21, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                      \s\ George C. Smith
                                                      GEORGE C. SMITH
                                                      United States District Judge